UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

SF PARKING LLC,

Defendant.

C17-1157 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for default judgment, docket no. 8, is DENIED without prejudice. Plaintiff seeks default judgment for estimated unpaid contributions in the amount of $2,117.37 per month for the months of July, August, and September 2017. *See* Ex. F to Helmers Decl. (docket no. 9-1). Although this figure appears to be an average of the monthly contributions paid by defendant in April, May, and June 2017, plaintiff has provided no contractual language or copy of any agreement binding on defendant that would support such method of calculating contributions in the absence of remittance reports or permit the Court to enter the proposed default judgment. *See* Fed. R. Civ. P. 55(b).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant SF Parking, LLC at 256 Peabody Street, San Francisco, CA 94134.

Dated this 9th day of November, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1